```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 04386
   LAKESHA C SPIVEY
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7612


----------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 04/19/2006 and was confirmed 06/12/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 12/01/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
INTERNAL REVENUE SERVICE   PRIORITY         1259.64            .00            .00
ASPIRE                     UNSECURED         477.17            .00            .00
CAPITAL ONE                UNSECURED         204.06            .00            .00
CITY OF CHICAGO PARKING    UNSECURED        4310.00            .00            .00
CRED PROTECTION ASSOCIAT   UNSECURED       NOT FILED           .00            .00
DEBT CREDIT SERVICES       UNSECURED       NOT FILED           .00            .00
FOUNDATION FOR EMERGENCY   UNSECURED       NOT FILED           .00            .00
GENERAL REVENUE CORPORAT   UNSECURED       NOT FILED           .00            .00
JAMES E BECKETT MD         UNSECURED          63.00            .00            .00
OMENS HEALTH CONSULTING    UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1198.92            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED           .00            .00
PROGRESSIVE MANAGEMENT S   UNSECURED       NOT FILED           .00            .00
RMI/MCSI                   UNSECURED       NOT FILED           .00            .00
SULLIVAN URGENT AID        UNSECURED       NOT FILED           .00            .00
TELECHECK SERVICES         UNSECURED       NOT FILED           .00            .00
TRS RECOVERY SERVICES IN   UNSECURED       NOT FILED           .00            .00
VERIZON WIRELESS           UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED            .01            .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT    352.20             .00         352.20
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,500.00                      1,967.46
TOM VAUGHN                 TRUSTEE                                         150.34
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                 2,470.00

PRIORITY                                      352.20

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 04386 LAKESHA C SPIVEY
```

```
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                  1,967.46
TRUSTEE COMPENSATION                                              150.34
DEBTOR REFUND                                                        .00
                                         ----------------  ----------------
TOTALS                                           2,470.00          2,470.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                  /s/ Tom Vaughn
Dated: 03/05/09                   _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE
```